IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Pamela Jones, et al

v.

United States of America, et al

Case No. 8:21-cv-00891

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [x] other - describe: Standing Order 2019-07; Consent to Exercise of Jurisdiction by US Magistrate; Case Mgmnt Order

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): USA c/o Jonathan Lenzner
Date of service: April 16, 2021

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

April 28, 2021
Date

Signature of Process Server
Aryeh M. Rabinowitz
Printed Name of Process Server

300 W. Pratt Street, Ste 450, Baltimore, MD 21201
Address of Process Server

410-539-6633
Telephone Number of Process Server

ReturnofService (06/2016)